1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOINT BASE LIMITED, a Hong Kong Corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>SAEHAN BANK, a California Corporation; and DOES 1-19, inclusive<br><br>           Defendants. | CV 11-3812 RSWL (PLAx)<br><br>**JUDGMENT** |

On June 5, 2012, the above matter commenced in a bench trial before this Court.  After consideration of all evidence presented, **JUDGMENT IS HEREBY GRANTED IN FAVOR OF DEFENDANT SAEHAN BANK** on all claims, and the Court **GRANTS** costs to Defendant Saehan Bank.

**IT IS SO ORDERED.**

DATED: June 19, 2012

RONALD S.W. LEW

_____

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

1